IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **Criminal No. 22-mj-143** |
| **HATCHET SPEED,** ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Brooke S. Rupert, Assistant Federal Public Defender for the Eastern District of Virginia, hereby notes her appearance and joins Courtney Dixon as counsel for the defendant in the above-entitled action.

Respectfully submitted,
HATCHET SPEED

By: _____/s/_____
Brooke S. Rupert, VA BAR# 79729
Assistant Federal Public Defender
Counsel for Mr. Speed
1650 King Street, Suite 500
Alexandria, Virginia  22314
(703) 600-0849 (telephone)
(703) 600-0880 (facsimile)
Brooke_Rupert@fd.org (email)