IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Criminal No. 22-mj-143 (ZMF) |
| | * | |
| **HATCHETT SPEED**, | * | |
| | * | |
| **Defendant.** | * | |

## ORDER

Upon consideration of Defendant's Unopposed Motion to Modify Conditions of Release (ECF No. 17), it is hereby

**ORDERED** that the defendant is permitted to attend his appointment at Y-Strap Doc, located at 9624 W. Linebaugh Avenue, Tampa, Florida on July 13, 2022 at 12:40 PM; and it is further,

**ORDERED** that the defendant will stay at Econo Lodge Motel, located at 4732 N. Dale Mabry Highway, Tampa, Florida on the night of July 12, 2022; and it is further,

**ORDERED** that the defendant will leave Florida to return to Virginia directly following his appointment on July 13, 2022; and it is further,

**ORDERED** that the defendant will provide notice to his Pretrial Services Officer and defense counsel of the rest area he will stop at halfway between Virginia and Florida on his drive to the appointment on July 11th. All other conditions shall remain the same.

SO ORDERED.

                                                                                   The Honorable G. Michael Harvey
                                                                                  United States Magistrate Judge